# EXHIBIT 3

Summit County Clerk of Courts

COUNTY OF SUMMIT, OH VS PURDUE PHARMA L.P.

| Case Number: | File Date: | Case Type: | Judge: |
|---|---|---|---|
| CV-2017-12-5235 | 12/20/2017 | OTHER CIVIL | JOY M OLDFIELD |

| Filing Date | By Attorney | Docket Text | Document |
|---|---|---|---|
| 01/22/2018 | COUNTY OF SUMMIT, OH | COURT GRANTS DISTRIBUTOR DEFENDANTS UNTIL 3/7/2018 TO SERVE RESPONSIVE MOTIONS OR PLEADINGS. JO | View Document |
| 01/17/2018 | SCHOCK, ANDREW | NOTICE OF APPEARANCE OF ATTORNEY ANDREW N. SHOCK, ESQ AS COUNSEL FOR DEFENDANT AMERISOURCE BERGEN DRUG CORPORATION. | View Document |
| 01/17/2018 | BERNLOHR, MARK | NOTICE OF APPEARANCE OF ATTORNEY ANDREW N. SCHOCK, ESQ AS COUNSEL FOR DEFENDANT AMERISOURCE BERGEN DRUG CORPORATION. | View Document |
| 01/17/2018 | MCQUEEN, AARON | NOTICE OF APPEARANCE AARON MCQUEEN FOR DEFENDANT | View Document |
| 01/17/2018 | SCHOCK, ANDREW | NOTICE OF APPEARANCE SAME | View Document |
| 01/17/2018 | SCHOCK, ANDREW | NOTICE OF APPEARANCE BY SANDRA ZERRUSEN, MARK BERNLOHR, AARON MCQUEEN, ANDRW SCHOCK FOR DEFENDANT AMERISOURCEBERGEN DRUG | View Document |
| 01/16/2018 | HOLZHALL, VINCENT | NOTICE OF APPEARANCE BY ALANA TANOURY VINCENT HOLZHALL FOR DEFENDANT MCKESSON CORP | View Document |
| 01/16/2018 | HOLZHALL, VINCENT | DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT | View Document |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served PURDUE FREDERICK COMPANY, INC. | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served PURDUE PHARMA, INC. | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served PURDUE PHARMA L.P. | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served MCKESSON CORPORATION | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served JANSSEN PHARMACEUTICALS, INC. | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served INSYS THERAPEUTICS, INC | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served ENDO PHARMACEUTICALS, INC. | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served ENDO HEALTH SOLUTIONS INC. | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served CEPHALON, INC. | No Image |
| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served CARDINAL HEALTH, INC. | No Image |

| 01/03/2018 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served AMERISOURCEBERGEN DRUG CO. | No Image |
|---|---|---|---|
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served PURDUE PHARMA, INC. | No Image |
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served PURDUE PHARMA L.P. | No Image |
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served PURDUE FREDERICK COMPANY, INC. | No Image |
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served MCKESSON CORPORATION | No Image |
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served JOHNSON & JOHNSON | No Image |
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served JANSSEN PHARMACEUTICALS, INC. | No Image |
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served ENDO PHARMACEUTICALS, INC. | No Image |
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served CARDINAL HEALTH, INC. | No Image |
| 12/29/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served AMERISOURCEBERGEN DRUG CO. | No Image |
| 12/28/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served INSYS THERAPEUTICS, INC | No Image |
| 12/28/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served ENDO HEALTH SOLUTIONS INC. | No Image |
| 12/28/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served CEPHALON, INC. | No Image |
| 12/27/2017 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served JOHNSON & JOHNSON | No Image |
| 12/27/2017 | SUMMIT COUNTY CLERK OF COURTS | FedEx Service - Served TEVA PHARMACEUTICALS USA, INC. | No Image |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED TEVA PHARMACEUTICALS USA, INC. | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED PURDUE PHARMA, INC. | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED PURDUE PHARMA L.P. | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED PURDUE FREDERICK COMPANY, INC. | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED MCKESSON CORPORATION | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED JOHNSON & JOHNSON | View Document |
| 12/22/2017 | COUNTY OF SUMMIT | SUMMONS ISSUED JANSSEN PHARMACEUTICALS, INC. | View |

| | SUMMIT, OH | | Document |
|---|---|---|---|
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED INSYS THERAPEUTICS, INC | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED ENDO PHARMACEUTICALS, INC. | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED ENDO HEALTH SOLUTIONS INC. | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED CEPHALON, INC. | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED CARDINAL HEALTH, INC. | View Document |
| 12/22/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED AMERISOURCEBERGEN DRUG CO. | View Document |
| 12/22/2017 | DAVIS, DONALD | INSTRUCTIONS FOR SERVICE | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL THE PURDUE FREDERICK COMPANY, INC. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL TEVA PHARMACEUTICALS USA, INC. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL PURDUE PHARMA, INC. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL PURDUE PHARMA L.P. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL MCKESSON CORPORATION | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL JOHNSON & JOHNSON | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL JANSSEN PHARMACEUTICALS, INC. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL INSYS THERAPEUTICS, INC | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL ENDO PHARMACEUTICALS, INC. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL ENDO HEALTH SOLUTIONS INC. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL CEPHALON, INC. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL CARDINAL HEALTH, INC. | View Document |
| 12/21/2017 | COUNTY OF SUMMIT, OH | SUMMONS ISSUED BY CERTIFIED MAIL AMERISOURCEBERGEN DRUG CO. | View Document |
| 12/20/2017 | DAVIS, DONALD | CIVIL COMPLAINT FILED | View Document |
| 12/20/2017 | DAVIS, DONALD | INSTRUCTIONS TO CLERK FOR SERVICE | View Document |






Print Form

Reset Form

**Summit County Court of Common Pleas**
**Civil Division**

**Instructions:** Complete the following form and file with the Summit County Clerk of Courts - Civil Divsion, located at: 205 South High Street, 1st Floor, Akron, Ohio 44308.

| Case Caption: | | |
|---|---|---|

The County of Summit, Ohio, et al.
    Plaintiff

v.            Case Number _____

Purdue Pharma, L.P., et al.
    Defendant              **INSTRUCTIONS FOR SERVICE**

**To Clerk:** You are hereby requestd to make service upon the following by:

- ☐ FedEx
- ☒ Certified Mail
- ☐ Regular Mail
- ☐ Sheriff Service (Personal)
- ☐ Sheriff Service (Personal or Residential)
- ☐ Personal Service Process Server: _____

**Please Serve the following pleadings:** _Summons with Complaint_
_____

**Parties to be served:**

Name: Purdue Pharma, L.P.
Address  One Stamford Forum
Address  201 Tresser Blvd.
City  Stamford  State CT  Zip 06901

Name: The Purdue Frederick Company, Inc.
Address  One Stamford Forum
Address  201 Tresser Blvd.
City  Stamford  State CT  Zip 06901

Name: Purdue Pharma, Inc.
Address  One Stamford Forum
Address  201 Tresser Blvd.
City  Stamford  State CT  Zip 06901

Name: Teva Pharmaceuticals USA Inc.
Address  c/o Corporate Creations Network, inc.
Address  119 East Court Street
City  Cincinnati  State OH  Zip 45202

s/ Donald W. Davis, Jr.      0030559

Attorney for Plaintiff (or pro se litigant)    Supreme Ct #

CV Form 014                      Rev 1.1 20131002-08/17

CEPHALON, INC.
1090 Horsham Road
North Wales, PA 19454

JOHNSON & JOHNSON
c/o Terri Johnson
10219 Salineville Road NE
Salineville, OH 43945

JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN
PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.
c/o CT Corporation System
4400 Easton Commons
Suite 125
Columbus, OH 43219

ENDO HEALTH SOLUTIONS INC.
1400 Atwater Drive
Malvern, PA 19355

ENDO PHARMACEUTICALS, INC.
c/o CT Corporation System
4400 Easton Commons
Suite 125
Columbus, OH 43219

INSYS THERAPEUTICS, INC.
1333 South Spectrum Boulevard
Suite 100
Chandler, AZ 85286

CARDINAL HEALTH, INC.
c/o CT Corporation System
4400 Easton Commons
Suite 125
Columbus, OH 43219

MCKESSON CORPORATION
c/o Corporation Service Company
50 West Broad Street
Suite 1330
Columbus, OH 43215

AMERISOURCEBERGEN DRUG CORPORATION
c/o CT Corporation System
4400 Easton Commons
Suite 125
Columbus, OH 43219

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:    CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                            **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

AMERISOURCEBERGEN DRUG CO.
c/o CT Corporation System
4400 Easton Commons, Suite 125
Columbus, OH  43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.  Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:     CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                          **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901

**TO the following:**

CARDINAL HEALTH, INC.
c/o CT Corporation System
4400 East Common, Suite 125
Columbus, OH 43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto. The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service. Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:     CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                              **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

CEPHALON, INC.
1090 Horsham Road
North Wales, PA  19454

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.  Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT. .**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:     CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                              **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901

**TO the following:**

ENDO HEALTH SOLUTIONS INC.
1400 Atwater Drive
Malvern , PA 19355

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto. The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service. Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:     CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                     **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

ENDO PHARMACEUTICALS, INC.
c/o CT Corporation System
4400 Easton Commons Ste 125
Columbus, OH  43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto. The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.  Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:     CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                             **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

INSYS THERAPEUTICS, INC
1333 South Spectrum Blvd
Suite 100
Chandler, AZ  85286

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas,
Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if
they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days
after service of this summon on you, exclusive of the day of service.  Your answer must be filed with
the Court within three days after the service of a copy of the answer on the attorney, or upon the party,
if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the
COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                    **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

JANSSEN PHARMACEUTICALS, INC.
c/o CT Corporation System
4400 Easton Common, Suite 125
Columbus, OH  43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.  Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:    CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                     **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

JOHNSON & JOHNSON
c/o Terri Johnson
10219 Salineville Road NE
Salineville, OH  43945

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.  Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:      CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                              **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

MCKESSON CORPORATION
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH  43215

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.  Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:    CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                                            **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.  Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:     CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

PURDUE PHARMA, INC.
One Stamford Forum
201 Tresser Blvd
Stamford, CT  06901

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto. The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service. Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:     CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                                              **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

TEVA PHARMACEUTICALS USA, INC.
c/o Corporate Creations Network, Inc.
119 East Court Street
Cincinnati, OH  45202

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas,
Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if
they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days
after service of this summon on you, exclusive of the day of service.  Your answer must be filed with
the Court within three days after the service of a copy of the answer on the attorney, or upon the party,
if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the
COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:     CV-2017-12-5235

THE COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                    **SUMMONS**

PURDUE PHARMA L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

**TO the following:**

THE PURDUE FREDERICK COMPANY, INC.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.  The name and address of the Plaintiff's attorney is:

DONALD DAVIS, JR.
75 E MARKET STREET
AKRON, OH 44308

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.  Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 21, 2017



### Summit County Court of Common Pleas
### Civil Division



**Instructions:** Complete the following form and file with the Summit County Clerk of Courts - Civil Divsion, located at: 205 South High Street, 1st Floor, Akron, Ohio 44308.

| Case Caption: | |
|---|---|

County of Summit, OH, et al.
_____
Plaintiff

v.

Case Number    CV-2017-12-5235

Purdue Pharma, L.P.
_____
Defendant

**INSTRUCTIONS FOR SERVICE**

**To Clerk:** You are hereby requestd to make service upon the following by:

- ☒ FedEx
- ☐ Certified Mail
- ☐ Regular Mail
- ☐ Sheriff Service (Personal)
- ☐ Sheriff Service (Personal or Residential)
- ☐ Personal Service Process Server: _____

**Please Serve the following pleadings:**    Complaint with summons
_____
_____

**Parties to be served:**

Name: PURDUE PHARMA L.P.

Address    One Stamford Forum

Address    201 Tresser Boulevard

City    Stamford    State CT    Zip 06901

Name: THE PURDUE FREDERICK COMPANY INC.

Address    One Stamford Forum

Address    201 Tresser Boulevard

City    Stamford    State CT    Zip 06901

Name: PURDUE PHARMA, INC.

Address    One Stamford Forum

Address    201 Tresser Boulevard

City    Stamford    State CT    Zip 06901

Name: TEVA PHARMACEUTICALS USA, INC.

Address    c/o Corporate Creations Network Inc.

Address    119 East Court Street

City    Cincinnati    State OH    Zip 45202

s/ Donald W. Davis, Jr.    0030559

Attorney for Plaintiff (or pro se litigant)    Supreme Ct #

CV Form 014    Rev 1.1 20131002-08/17

### Sandra Kurt, Summit County Clerk of Courts

CEPHALON, INC.
1090 Horsham Road
North Wales, PA 19454

JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN
PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.
c/o CT Corporation System
4400 Easton Commons
Suite 125
Columbus, OH 43219

ENDO HEALTH SOLUTIONS INC.
1400 Atwater Drive
Malvern, PA 19355

ENDO PHARMACEUTICALS, INC.
c/o CT Corporation System
4400 Easton Commons
Suite 125
Columbus, OH 43219

INSYS THERAPEUTICS, INC.
1333 South Spectrum Boulevard
Suite 100
Chandler, AZ 85286

CARDINAL HEALTH, INC.
c/o CT Corporation System
4400 Easton Commons
Suite 125
Columbus, OH 43219

MCKESSON CORPORATION
c/o Corporation Service Company
50 West Broad Street
Suite 1330
Columbus, OH 43215

AMERISOURCEBERGEN DRUG CORPORATION
c/o CT Corporation System
4400 Easton Commons
Suite 125
Columbus, OH 43219

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**


CASE NUMBER:   CV-2017-12-5235


COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                              **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901


**TO the following:**

AMERISOURCEBERGEN DRUG CO.
4400 EASTON COMMONS, STE 125
c/o CT Corporation System
Columbus, OH   43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common
Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH


**You are hereby summoned and required to serve upon the attorney listed above, or upon the
party if they have no attorney of record, a copy of an answer to the COMPLAINT within
twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your
answer must be filed with the Court within three days after the service of a copy of the answer on
the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in
the COMPLAINT.**


Sandra Kurt
Summit County Clerk of Courts


December 22, 2017

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**


CASE NUMBER:   CV-2017-12-5235


COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                              **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901


**TO the following:**

CARDINAL HEALTH, INC.
4400 EASTON COMMONS STE 125
c/o CT Corporation System
Columbus, OH   43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH


**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**


Sandra Kurt
Summit County Clerk of Courts


December 22, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                  **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

CEPHALON, INC.
1090 Horsham Rd
North Wales, PA   19454

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**


CASE NUMBER:   CV-2017-12-5235


COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                              **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901


**TO the following:**

ENDO HEALTH SOLUTIONS INC.
1400 Atwater Dr
Malvern, PA   19355

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH


**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**


Sandra Kurt
Summit County Clerk of Courts


December 22, 2017

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                          **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

ENDO PHARMACEUTICALS, INC.
4400 EASTON COMMONS STE 125
c/o CT Corporation System
Columbus, OH   43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                           **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901


**TO the following:**

INSYS THERAPEUTICS, INC
1333 S Spectrum Blvd
Suite 100
Chandler, AZ   85286

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common
Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH


**You are hereby summoned and required to serve upon the attorney listed above, or upon the
party if they have no attorney of record, a copy of an answer to the COMPLAINT within
twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your
answer must be filed with the Court within three days after the service of a copy of the answer on
the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in
the COMPLAINT.**


Sandra Kurt
Summit County Clerk of Courts


December 22, 2017

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                    **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

JANSSEN PHARMACEUTICALS, INC.
4400 EASTON COMMON STE 125
c/o CT Corporation System
Columbus, OH   43219

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common
Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the
party if they have no attorney of record, a copy of an answer to the COMPLAINT within
twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your
answer must be filed with the Court within three days after the service of a copy of the answer on
the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in
the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

JOHNSON & JOHNSON
1 JOHNSON & JOHNSON PLZ
New Brunswick, NJ   08933

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                          **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

MCKESSON CORPORATION
50 W BROAD ST, STE 1330
c/o Corporation Service Company
Columbus, OH   43215

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common
Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the
party if they have no attorney of record, a copy of an answer to the COMPLAINT within
twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your
answer must be filed with the Court within three days after the service of a copy of the answer on
the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in
the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                      **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

PURDUE FREDERICK COMPANY, INC.
201 TRESSER BLVD
One Stamford Forum
Stamford, CT   06901

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                       **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford, CT   06901

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common
Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the
party if they have no attorney of record, a copy of an answer to the COMPLAINT within
twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your
answer must be filed with the Court within three days after the service of a copy of the answer on
the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in
the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017

## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                                    **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

PURDUE PHARMA, INC.
201 TESSER BLVD
One Stamford Forum
Stamford, CT   06901

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**

CASE NUMBER:   CV-2017-12-5235

COUNTY OF SUMMIT, OH
175 S. Main Street
Akron, OH, 44308

-VS-                                                                                **SUMMONS**

PURDUE PHARMA L.P.
201 TRESSER BLVD
One Stamford Forum
Stamford,   CT   06901

**TO the following:**

TEVA PHARMACEUTICALS USA, INC.
119 E COURT ST
c/o Corporate Creations Network, Inc
Cincinnati, OH   45202

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

DONALD WILLIAM DAVIS, JR.
75 E MARKET STREET
AKRON, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

December 22, 2017



December 27,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224390**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | M.KALUTI | Delivery location: | 119 E COURT ST |
| | | | CINCINNATI, OH 45202 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 26, 2017 10:03 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 629964224390 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

Recipient:
TEVA PHARMACEUTICALS USA, INC.
119 E COURT ST
C/O CORPORATE CREATIONS NETWORK, IN
CINCINNATI, OH 45202 US

Shipper:
LEGAL DIVISION
SUMMIT COUNTY COURT CLERK
205 S HIGH ST
AKRON, OH 44308 US

**Reference**                CV2017125235_2441657

Thank you for choosing FedEx.

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 12/25/2017

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4910 01. Our records indicate that this item was delivered on 12/23/2017 at 12:21 p.m. in SALINEVILLE, OH 43945. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639151.3936670



December 28,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224302**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | T.LECHER | Delivery location: | 1090 HORSHAM RD |
| | | | NORTH WALES, PA 19454 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 27, 2017 10:16 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224302 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| CEPHALON, INC. | LEGAL DIVISION |
| 1090 HORSHAM RD | SUMMIT COUNTY COURT CLERK |
| NORTH WALES, PA 19454 US | 205 S HIGH ST |
| | AKRON, OH 44308 US |
| **Reference** | CV2017125235_2441647 |

Thank you for choosing FedEx.



December 28,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224313**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | D.G | Delivery location: | 1400 ATWATER DR |
| | | | MALVERN, PA 19355 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 27, 2017 10:15 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224313 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

| Recipient: | Shipper: |
|---|---|
| ENDO HEALTH SOLUTIONS INC. | LEGAL DIVISION |
| 1400 ATWATER DR | SUMMIT COUNTY COURT CLERK |
| MALVERN, PA 19355 US | 205 S HIGH ST |
| | AKRON, OH 44308 US |

| **Reference** | CV2017125235_2441648 |
|---|---|

Thank you for choosing FedEx.



December 28,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224335**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | **Delivered to:** | Receptionist/Front Desk |
| Signed for by: | K.WEBB | **Delivery location:** | 1333 S SPECTRUM BLVD 100 |
| | | | CHANDLER, AZ 85286 |
| Service type: | FedEx Express Saver | **Delivery date:** | Dec 27, 2017 09:31 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224335 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

**Recipient:**
INSYS THERAPEUTICS, INC
1333 S SPECTRUM BLVD
SUITE 100
CHANDLER, AZ 85286 US

**Shipper:**
LEGAL DIVISION
SUMMIT COUNTY COURT CLERK
205 S HIGH ST
AKRON, OH 44308 US

**Reference**                    CV2017125235_2441650

Thank you for choosing FedEx.



December 29,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224287**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.SULLENBERGER | Delivery location: | 4400 EASTON CMNS 125 |
| | | | COLUMBUS, OH 43219 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 10:56 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224287 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

**Recipient:**
AMERISOURCEBERGEN DRUG CO.
4400 EASTON COMMONS, STE 125
C/O CT CORPORATION SYSTEM
COLUMBUS, OH 43219 US

**Shipper:**
LEGAL DIVISION
SUMMIT COUNTY COURT CLERK
205 S HIGH ST
AKRON, OH 44308 US

**Reference**          CV2017125235_2441645

Thank you for choosing FedEx.



December 29,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224298**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.SULLENBERGER | Delivery location: | 4400 EASTON CMNS 125 |
| | | | COLUMBUS, OH 43219 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 10:56 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224298 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

**Recipient:**
CARDINAL HEALTH, INC.
4400 EASTON COMMONS STE 125
C/O CT CORPORATION SYSTEM
COLUMBUS, OH 43219 US

**Shipper:**
LEGAL DIVISION
SUMMIT COUNTY COURT CLERK
205 S HIGH ST
AKRON, OH 44308 US

**Reference**                CV2017125235_2441646

Thank you for choosing FedEx.



December 29, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224324**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.SULLENBERGER | Delivery location: | 4400 EASTON CMNS 125 |
| | | | COLUMBUS, OH 43219 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 10:56 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224324 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

**Recipient:**
ENDO PHARMACEUTICALS, INC.
4400 EASTON COMMONS STE 125
C/O CT CORPORATION SYSTEM
COLUMBUS, OH 43219 US

**Shipper:**
LEGAL DIVISION
SUMMIT COUNTY COURT CLERK
205 S HIGH ST
AKRON, OH 44308 US

**Reference**          CV2017125235_2441649

Thank you for choosing FedEx.



December 29, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224346**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.SULLENBERGER | Delivery location: | 4400 EASTON CMNS 125 |
| | | | COLUMBUS, OH 43219 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 10:56 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 629964224346 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

| Recipient: | Shipper: |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. | LEGAL DIVISION |
| 4400 EASTON COMMON STE 125 | SUMMIT COUNTY COURT CLERK |
| C/O CT CORPORATION SYSTEM | 205 S HIGH ST |
| COLUMBUS, OH 43219 US | AKRON, OH 44308 US |
| **Reference** | CV2017125235_2441651 |

Thank you for choosing FedEx.



December 29,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224357**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | J.M | Delivery location: | 1 JOHNSON AND JOHNSON PLZ |
| | | | NEW BRUNSWICK, NJ 08933 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 09:24 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224357 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

Recipient:
JOHNSON & JOHNSON
1 JOHNSON & JOHNSON PLZ
NEW BRUNSWICK, NJ 08933 US

Shipper:
LEGAL DIVISION
SUMMIT COUNTY COURT CLERK
205 S HIGH ST
AKRON, OH 44308 US

Reference                     CV2017125235_2441652

Thank you for choosing FedEx.



December 29, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224368**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | D.SCHAUSIL | Delivery location: | 50 W BROAD ST 1330 |
| | | | COLUMBUS, OH 43215 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 10:42 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224368 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

**Recipient:**
MCKESSON CORPORATION
50 W BROAD ST, STE 1330
C/O CORPORATION SERVICE COMPANY
COLUMBUS, OH 43215 US

**Shipper:**
LEGAL DIVISION
SUMMIT COUNTY COURT CLERK
205 S HIGH ST
AKRON, OH 44308 US

**Reference**          CV2017125235_2441653

Thank you for choosing FedEx.



December 29,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224379**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | M.SUGDEN | Delivery location: | 201 TRESSER BLVD |
| | | | STAMFORD, CT 06901 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 09:34 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224379 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

**Recipient:**
PURDUE FREDERICK COMPANY, INC.
201 TRESSER BLVD
ONE STAMFORD FORUM
STAMFORD, CT 06901 US

**Shipper:**
LEGAL DIVISION
SUMMIT COUNTY COURT CLERK
205 S HIGH ST
AKRON, OH 44308 US

**Reference**       CV2017125235_2441654

Thank you for choosing FedEx.



December 29,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224380**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | M.SUGDEN | Delivery location: | 201 TRESSER BLVD |
| | | | STAMFORD, CT 06901 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 09:34 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224380 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| PURDUE PHARMA L.P. | LEGAL DIVISION |
| 201 TRESSER BLVD | SUMMIT COUNTY COURT CLERK |
| ONE STAMFORD FORUM | 205 S HIGH ST |
| STAMFORD, CT 06901 US | AKRON, OH 44308 US |
| **Reference** | CV2017125235_2441655 |

Thank you for choosing FedEx.



December 29,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **629964224405**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | M.SUGDEN | Delivery location: | 201 TRESSER BLVD |
| | | | STAMFORD, CT 06901 |
| Service type: | FedEx Express Saver | Delivery date: | Dec 28, 2017 09:34 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 629964224405 | Ship date: | Dec 22, 2017 |
| | | Weight: | 2.0 lbs/0.9 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| PURDUE PHARMA, INC. | LEGAL DIVISION |
| 201 TESSER BLVD | SUMMIT COUNTY COURT CLERK |
| ONE STAMFORD FORUM | 205 S HIGH ST |
| STAMFORD, CT 06901 US | AKRON, OH 44308 US |
| **Reference** | CV2017125235_2441656 |

Thank you for choosing FedEx.

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4909 36. Our records indicate that this item was delivered on 12/27/2017 at 09:41 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :

Shanna Jones

Address of Recipient :

4400 Easton Commons Ste 125

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639144.3936663

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4909 43. Our records indicate that this item was delivered on 12/27/2017 at 09:41 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :

Shanna Jones

Address of Recipient :

4400 Easton Commons Ste 125

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639145.3936664

**UNITED STATES**
**POSTAL SERVICE** ₘ

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4909 50. Our records indicate that this item was delivered on 12/29/2017 at 10:14 a.m. in NORTH WALES, PA 19454. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639146.3936665

**UNITED STATES**
**POSTAL SERVICE**₀

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4909 67. Our records indicate that this item was delivered on 12/26/2017 at 02:46 p.m. in MALVERN, PA 19355. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639147.3936666

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4909 74. Our records indicate that this item was delivered on 12/27/2017 at 09:41 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :

Shanna Jones

Address of Recipient :

4400 Easton Commons Ste 125

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639148.3936667

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4909 81. Our records indicate that this item was delivered on 12/27/2017 at 11:59 a.m. in CHANDLER, AZ 85286. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639149.3936668

**UNITED STATES POSTAL SERVICE**

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4909 98. Our records indicate that this item was delivered on 12/27/2017 at 09:41 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :



Shanna Jones

Address of Recipient :



4400 Easton Commons Ste 125

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639150.3936669

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901
5774 4600 0000 4910 18. Our records indicate that this item was delivered on
12/26/2017 at 12:08 p.m. in COLUMBUS, OH 43215. The scanned image of the
recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require
additional assistance, please contact your local post office or Postal Service
representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service. It is solely for customer use.

Customer Reference Number: C639152.3936671

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4910 25. Our records indicate that this item was delivered on 12/26/2017 at 09:40 a.m. in STAMFORD, CT 06901. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639153.3936672

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4910 32. Our records indicate that this item was delivered on 12/26/2017 at 09:40 a.m. in STAMFORD, CT 06901. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639154.3936673

Date Produced: 01/01/2018

SUMMIT COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 5774 4600 0000 4910 56. Our records indicate that this item was delivered on 12/26/2017 at 09:40 a.m. in STAMFORD, CT 06901. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C639156.3936675

**IN THE COURT OF COMMON PLEAS**
**SUMMIT COUNTY, OHIO**

THE COUNTY OF SUMMIT, OHIO, *et al.*,          :
                                               :
              Plaintiffs,                      :          CASE NO. CV-2017-12-5235
                                               :
       vs.                                     :          JUDGE OLDFIELD
                                               :
PURDUE PHARMA L P., *et al,*                   :
                                               :
              Defendants.                      :

**DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants McKesson Corporation, Cardinal Health Inc.[1], and AmerisourceBergen Drug Corporation ("Distributor Defendants"), jointly and with the consent of Plaintiffs, hereby request an extension of time to answer, move, or otherwise respond to Plaintiffs' Complaint until and including March 7, 2018.

Distributor Defendants are working diligently to compile the necessary information to properly respond to Plaintiffs' allegations. Distributor Defendants have conferred with Plaintiffs regarding this motion, and, given the length and complexity of the Complaint, Plaintiffs' counsel agreed to a forty-two (42) day extension of time to answer, move, or otherwise respond.

Wherefore, Distributor Defendants respectfully request that the Court grant their motion for an extension of time through and including March 7, 2018, to answer, move, or otherwise respond to the Complaint. An Agreed Order and Entry providing this extension is attached hereto.

---

[1] Cardinal Health, Inc. does not concede by filing this motion that it is a proper party to this lawsuit.

1

7891076

Dated: January 16, 2018

Respectfully submitted,


*/s/ Vincent I. Holzhall*
Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
 (614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*


*/s/ Joseph F. Murray (per email authority of
1/12/2018)*
Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin Road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*


*/s/ Sandra K. Zerrusen (per email authority of
1/12/2018)*
Sandra K. Zerrusen (0070883)
Mark W. Bernlohr (0038640)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
**JACKSON KELLY PLLC**
50 South Main Street, Suite 201
Akron, Ohio 44308
(330) 252-9060 phone; (330) 252-9078 fax
skzerrusen@jacksonkelly.com
mwbernlohr@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for AmerisourceBergen Drug
Corporation*

2

AGREED TO BY:


*/s/ Donald W. Davis, Jr.* (per email authority of 1/12/2018)
Donald W. Davis, Jr. (0030559)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, OH 44308
(330) 253-5060 phone; (330) 253-1977 fax
dwdavis@bmdllc.com
*Counsel for Plaintiffs*

3

7891076

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing **Distributor Defendants' Consent Motion for**

**Extension of Time to Respond to Complaint** was served on the following by regular United

States mail, postage prepaid, pursuant to Civil Rule 5(B)(2)(c) this 16th day of January, 2018:

| | |
|---|---|
| Donald W. Davis Jr. (0030559) | Teva Pharmaceuticals USA, Inc. |
| Adam D. Fuller (0076431) | c/o Corporate Creations Network Inc. |
| Elizabeth Shively Boatwright (0081264) | 119 East Court Street |
| BRENNAN, MANNA & DIAMOND, LLC | Cincinnati, OH 45202 |
| 75 East Market Street | |
| Akron, OH 44308 | |

and

| | |
|---|---|
| Linda Singer | Cephalon, Inc. |
| MOTLEY RICE, LLC | 1090 Horsham Rd. |
| 401 9th Street NW, Ste. 1001 | North Wales, PA 19454 |
| Washington, DC 20004 | |

and

| | |
|---|---|
| Lisa Saltzburg | Johnson & Johnson |
| MOTLEY RICE, LLC | c/o Terri Johnson |
| 25 Bridgeside Blvd. | 10219 Salineville Rd. NE |
| Mount Pleasant, SC 29464 | Salineville, OH 43945 |
| *Counsel for Plaintiffs* | |

| | |
|---|---|
| Purdue Pharma L.P. | Janssen Pharmaceuticals, Inc. |
| One Stamford Forum | c/o CT Corporation System |
| 201 Tresser Blvd. | 4400 Easton Commons, Ste. 125 |
| Stamford, CT 06901 | Columbus, OH 43219 |

| | |
|---|---|
| Purdue Pharma Inc. | Ortho-McNeil-Janssen Pharmaceuticals, Inc. |
| One Stamford Forum | n/k/a Janssen Pharmaceuticals, Inc. |
| 201 Tresser Blvd. | c/o CT Corporation System |
| Stamford, CT 06901 | 4400 Easton Commons, Ste. 125 |
| | Columbus, OH 43219 |

| | |
|---|---|
| The Purdue Frederick Company, Inc. | Janssen Pharmaceutica, Inc. |
| One Stamford Forum | n/k/a Janssen Pharmaceuticals, Inc. |
| 201 Tresser Blvd. | c/o CT Corporation System |
| Stamford, CT 06901 | 4400 Easton Commons, Ste. 125 |
| | Columbus, OH 43219 |

4

7891076

Endo Health Solutions Inc.
1400 Atwater Drive
Malvern, PA 19355

Endo Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd., Ste. 100
Chandler, AZ 85286

Cardinal Health, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

AmerisourceBergen Drug Corporation
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

_/s/ Vincent I. Holzhall_
Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)

5

# IN THE COURT OF COMMON PLEAS
## SUMMIT COUNTY, OHIO

THE COUNTY OF SUMMIT, OHIO, *et al.*,    :

          :

       Plaintiffs,        :        CASE NO. CV-2017-12-5235

          :

      vs.             :        JUDGE OLDFIELD

          :

PURDUE PHARMA L P., *et al,*      :

          :

       Defendants.       :

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Vincent I. Holzhall and Alana Valle Tanoury of Steptoe & Johnson PLLC, 41 South High Street, Suite 2200, Columbus, Ohio 43215, telephone (614) 221-5100, hereby enter their appearance as counsel of record for Defendant McKesson Corporation ("McKesson"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for McKesson.

              */s/ Vincent I. Holzhall*

              _____

              Vincent I. Holzhall (0074901)

              Alana Valle Tanoury (0092265)

              **STEPTOE & JOHNSON PLLC**

              41 South High Street, Suite 2200

              Columbus, Ohio  43215

              (614) 221-5100 phone; (614) 221-0952 fax

              vince.holzhall@steptoe-johnson.com

              alana.tanoury@steptoe-johnson.com

              *Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice of Appearance* was served on the following by regular United States mail, postage prepaid, pursuant to Civil Rule 5(B)(2)(c) this 16th day of January, 2018:

Donald W. Davis Jr. (0030559)  
Adam D. Fuller (0076431)  
Elizabeth Shively Boatwright (0081264)  
BRENNAN, MANNA & DIAMOND, LLC  
75 East Market Street  
Akron, OH 44308

Teva Pharmaceuticals USA, Inc.  
c/o Corporate Creations Network Inc.  
119 East Court Street  
Cincinnati, OH 45202

and

Linda Singer  
MOTLEY RICE, LLC  
401 9th Street NW, Ste. 1001  
Washington, DC 20004

Cephalon, Inc.  
1090 Horsham Rd.  
North Wales, PA 19454

and

Lisa Saltzburg  
MOTLEY RICE, LLC  
25 Bridgeside Blvd.  
Mount Pleasant, SC 29464  
*Counsel for Plaintiffs*

Johnson & Johnson  
c/o Terri Johnson  
10219 Salineville Rd. NE  
Salineville, OH 43945

Purdue Pharma L.P.  
One Stamford Forum  
201 Tresser Blvd.  
Stamford, CT 06901

Janssen Pharmaceuticals, Inc.  
c/o CT Corporation System  
4400 Easton Commons, Ste. 125  
Columbus, OH 43219

Purdue Pharma Inc.  
One Stamford Forum  
201 Tresser Blvd.  
Stamford, CT 06901

Ortho-McNeil-Janssen Pharmaceuticals, Inc.  
n/k/a Janssen Pharmaceuticals, Inc.  
c/o CT Corporation System  
4400 Easton Commons, Ste. 125  
Columbus, OH 43219

The Purdue Frederick Company, Inc.  
One Stamford Forum  
201 Tresser Blvd.  
Stamford, CT 06901

Janssen Pharmaceutica, Inc.  
n/k/a Janssen Pharmaceuticals, Inc.  
c/o CT Corporation System  
4400 Easton Commons, Ste. 125  
Columbus, OH 43219

2

*Sandra Kurt, Summit County Clerk of Courts*

Endo Health Solutions Inc.
1400 Atwater Drive
Malvern, PA 19355

Endo Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd., Ste. 100
Chandler, AZ 85286

Cardinal Health, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

AmerisourceBergen Drug Corporation
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

*/s/ Vincent I. Holzhall*

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio  43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

7898925

**Sandra Kurt, Summit County Clerk of Courts**

**IN THE COURT OF COMMON PLEAS
SUMMIT COUNTY, OHIO**

| | | |
|---|---|---|
| THE COUNTY OF SUMMIT, OHIO, et. al, | ) | CASE NO. CV-2017-12-5235 |
| | ) | |
| | ) | JUDGE JOY M. OLDFIELD |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PURDUE PHARMA L.P., et al., | ) | **NOTICE OF ENTRY OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

Notice is hereby given to the Court and parties of record of the entry of appearance of Sandra K. Zerrusen, Esq., of the law firm of Jackson Kelly PLLC, as counsel for Defendant, AmerisourceBergen Drug Corporation.

Respectfully submitted,

/s/: Sandra K. Zerrusen
Mark W. Bernlohr (0038640)
    Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:  mwbernlohr@jacksonkelly.com
       skzerrusen@jacksonkelly.com
       aaron.mcqueen@jacksonkelly.com
       anschock@jacksonkelly.com
*Attorneys for Defendant*
*AmerisourceBergen Drug Corporation*

1

## Certificate of Service

I hereby certify that a true copy of the foregoing has been transmitted this 17th day of January, 2018 via regular U.S. mail to the following:

Donald W. Davis Jr.
Adam D. Fuller
Elizabeth Shively Boatwright
Brennan, Manna & Diamond, LLC
75 East Market Street
Akron, OH 44308

and

Linda Singer
Motley Rice, LLC
401 9th Street NW, Ste. 1001
Washington, DC 20004

and

Lisa Saltzburg
Motley Rice, LLC
25 Bridgeside Blvd.
Mount Pleasant, SC 29464
*Attorneys for Plaintiffs*

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901

Purdue Pharma Inc.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901

The Purdue Frederick Company, Inc.
One Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network Inc.
119 East Court Street
Cincinnati, OH 45202

Cephalon, Inc.
1090 Horsham Rd.
North Wales, PA 19454

Johnson & Johnson
c/o Terri Johnson
10219 Salineville Rd. NE
Salineville, OH 43945

Janssen Pharmaceuticals, Inc.
c/o CT Corporation System
4400 East Commons, Ste. 125
Columbus, OH 43219

Ortho-McNeil-Janssen Pharmaceuticals, Inc.
n/k/a Janssen Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

Janssen Pharmaceutica, Inc.
n/k/a Janssen Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

2

**Sandra Kurt, Summit County Clerk of Courts**

Endo Health Solutions Inc.
1400 Atwater Drive
Malvern, PA 19355

Endo Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd., Ste. 100
Chandler, AZ 85286

Cardinal Health, Inc.
c/o CT Corporation System
4400 East Commons, Ste. 124
Columbus, OH 43219

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 South High Street, Ste. 2200
Columbus, OH 43215
*Attorneys for Defendant McKesson Corporation*

/s/: Sandra K. Zerrusen
Mark W. Bernlohr (0038640)
    Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:    mwbernlohr@jacksonkelly.com
          skzerrusen@jacksonkelly.com
          aaron.mcqueen@jacksonkelly.com
          anschock@jacksonkelly.com
*Attorneys for Defendant AmerisourceBergen Drug Corporation*

4851-4285-7050.v1

**Sandra Kurt, Summit County Clerk of Courts**

# IN THE COURT OF COMMON PLEAS
## SUMMIT COUNTY, OHIO

| | | |
|---|---|---|
| THE COUNTY OF SUMMIT, OHIO, et. al, | ) | CASE NO. CV-2017-12-5235 |
| | ) | |
| | ) | JUDGE JOY M. OLDFIELD |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PURDUE PHARMA L.P., et al., | ) | **NOTICE OF ENTRY OF** |
| | ) | **APPEARANCE** |
| Defendants. | ) | |

Notice is hereby given to the Court and parties of record of the entry of appearance of

Mark W. Bernlohr, Esq., of the law firm of Jackson Kelly PLLC, as counsel for Defendant,

AmerisourceBergen Drug Corporation.

Respectfully submitted,

/s/: Mark W. Bernlohr
Mark W. Bernlohr (0038640)
    Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:  mwbernlohr@jacksonkelly.com
      skzerrusen@jacksonkelly.com
      aaron.mcqueen@jacksonkelly.com
      anschock@jacksonkelly.com
*Attorneys for Defendant*
*AmerisourceBergen Drug Corporation*

1

## Certificate of Service

I hereby certify that a true copy of the foregoing has been transmitted this 17th day of January, 2018 via regular U.S. mail to the following:

Donald W. Davis Jr.                    Teva Pharmaceuticals USA, Inc.
Adam D. Fuller                         c/o Corporate Creations Network Inc.
Elizabeth Shively Boatwright           119 East Court Street
Brennan, Manna & Diamond, LLC          Cincinnati, OH 45202
75 East Market Street
Akron, OH 44308

and

Linda Singer                           Cephalon, Inc.
Motley Rice, LLC                       1090 Horsham Rd.
401 9th Street NW, Ste. 1001         North Wales, PA 19454
Washington, DC 20004

and

Lisa Saltzburg                         Johnson & Johnson
Motley Rice, LLC                       c/o Terri Johnson
25 Bridgeside Blvd.                    10219 Salineville Rd. NE
Mount Pleasant, SC 29464               Salineville, OH 43945
*Attorneys for Plaintiffs*

Purdue Pharma L.P.                     Janssen Pharmaceuticals, Inc.
One Stamford Forum                     c/o CT Corporation System
201 Tresser Blvd.                      4400 East Commons, Ste. 125
Stamford, CT 06901                     Columbus, OH 43219

Purdue Pharma Inc.                     Ortho-McNeil-Janssen Pharmaceuticals, Inc.
One Stamford Forum                     n/k/a Janssen Pharmaceuticals, Inc.
201 Tresser Blvd.                      c/o CT Corporation System
Stamford, CT 06901                     4400 Easton Commons, Ste. 125
                                       Columbus, OH 43219

The Purdue Frederick Company, Inc.     Janssen Pharmaceutica, Inc.
One Stamford Forum                     n/k/a Janssen Pharmaceuticals, Inc.
201 Tresser Blvd.                      c/o CT Corporation System
Stamford, CT 06901                     4400 Easton Commons, Ste. 125
                                       Columbus, OH 43219

2

Endo Health Solutions Inc.
1400 Atwater Drive
Malvern, PA 19355

Endo Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd., Ste. 100
Chandler, AZ 85286

Cardinal Health, Inc.
c/o CT Corporation System
4400 East Commons, Ste. 124
Columbus, OH 43219

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 South High Street, Ste. 2200
Columbus, OH 43215
*Attorneys for Defendant McKesson*
*Corporation*

/s/: Mark W. Bernlohr
Mark W. Bernlohr (0038640)
    Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:  mwbernlohr@jacksonkelly.com
      skzerrusen@jacksonkelly.com
      aaron.mcqueen@jacksonkelly.com
      anschock@jacksonkelly.com
*Attorneys for Defendant*
*AmerisourceBergen Drug Corporation*

3

**Sandra Kurt, Summit County Clerk of Courts**

# IN THE COURT OF COMMON PLEAS
## SUMMIT COUNTY, OHIO

| | | |
|---|---|---|
| THE COUNTY OF SUMMIT, OHIO, et. al, | ) | CASE NO. CV-2017-12-5235 |
| | ) | |
| | ) | JUDGE JOY M. OLDFIELD |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PURDUE PHARMA L.P., et al., | ) | **NOTICE OF ENTRY OF** |
| | ) | **APPEARANCE** |
| Defendants. | ) | |

Notice is hereby given to the Court and parties of record of the entry of appearance of Aaron E. McQueen, Esq., of the law firm of Jackson Kelly PLLC, as counsel for Defendant, AmerisourceBergen Drug Corporation.

Respectfully submitted,

/s/: Aaron E. McQueen
Mark W. Bernlohr (0038640)
    Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:  mwbernlohr@jacksonkelly.com
        skzerrusen@jacksonkelly.com
        aaron.mcqueen@jacksonkelly.com
        anschock@jacksonkelly.com
*Attorneys for Defendant*
*AmerisourceBergen Drug Corporation*

1

4828-9497-2250.v1

## Certificate of Service

I hereby certify that a true copy of the foregoing has been transmitted this 17th day of January, 2018 via regular U.S. mail to the following:

Donald W. Davis Jr.  
Adam D. Fuller  
Elizabeth Shively Boatwright  
Brennan, Manna & Diamond, LLC  
75 East Market Street  
Akron, OH 44308

Teva Pharmaceuticals USA, Inc.  
c/o Corporate Creations Network Inc.  
119 East Court Street  
Cincinnati, OH 45202

and

Linda Singer  
Motley Rice, LLC  
401 9th Street NW, Ste. 1001  
Washington, DC 20004

Cephalon, Inc.  
1090 Horsham Rd.  
North Wales, PA 19454

and

Lisa Saltzburg  
Motley Rice, LLC  
25 Bridgeside Blvd.  
Mount Pleasant, SC 29464  
*Attorneys for Plaintiffs*

Johnson & Johnson  
c/o Terri Johnson  
10219 Salineville Rd. NE  
Salineville, OH 43945

Purdue Pharma L.P.  
One Stamford Forum  
201 Tresser Blvd.  
Stamford, CT 06901

Janssen Pharmaceuticals, Inc.  
c/o CT Corporation System  
4400 East Commons, Ste. 125  
Columbus, OH 43219

Purdue Pharma Inc.  
One Stamford Forum  
201 Tresser Blvd.  
Stamford, CT 06901

Ortho-McNeil-Janssen Pharmaceuticals, Inc.  
n/k/a Janssen Pharmaceuticals, Inc.  
c/o CT Corporation System  
4400 Easton Commons, Ste. 125  
Columbus, OH 43219

The Purdue Frederick Company, Inc.  
One Stamford Forum  
201 Tresser Blvd.  
Stamford, CT 06901

Janssen Pharmaceutica, Inc.  
n/k/a Janssen Pharmaceuticals, Inc.  
c/o CT Corporation System  
4400 Easton Commons, Ste. 125  
Columbus, OH 43219

4828-9497-2250.v1

**Sandra Kurt, Summit County Clerk of Courts**

Endo Health Solutions Inc.
1400 Atwater Drive
Malvern, PA 19355

Endo Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd., Ste. 100
Chandler, AZ 85286

Cardinal Health, Inc.
c/o CT Corporation System
4400 East Commons, Ste. 124
Columbus, OH 43219

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 South High Street, Ste. 2200
Columbus, OH 43215
*Attorneys for Defendant McKesson Corporation*

/s/: Aaron E. McQueen
Mark W. Bernlohr (0038640)
        Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:   mwbernlohr@jacksonkelly.com
         skzerrusen@jacksonkelly.com
         aaron.mcqueen@jacksonkelly.com
         anschock@jacksonkelly.com
*Attorneys for Defendant AmerisourceBergen Drug Corporation*

3

4828-9497-2250.v1

**Sandra Kurt, Summit County Clerk of Courts**

# IN THE COURT OF COMMON PLEAS
## SUMMIT COUNTY, OHIO

| | | |
|---|---|---|
| THE COUNTY OF SUMMIT, OHIO, et. al, | ) | CASE NO. CV-2017-12-5235 |
| | ) | |
| | ) | JUDGE JOY M. OLDFIELD |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PURDUE PHARMA L.P., et al., | ) | **NOTICE OF ENTRY OF** |
| | ) | **APPEARANCE** |
| Defendants. | ) | |

Notice is hereby given to the Court and parties of record of the entry of appearance of Andrew N. Schock, Esq., of the law firm of Jackson Kelly PLLC, as counsel for Defendant, AmerisourceBergen Drug Corporation.

Respectfully submitted,

/s/: Andrew N. Schock
Mark W. Bernlohr (0038640)
    Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:  mwbernlohr@jacksonkelly.com
        skzerrusen@jacksonkelly.com
        aaron.mcqueen@jacksonkelly.com
        anschock@jacksonkelly.com
*Attorneys for Defendant*
*AmerisourceBergen Drug Corporation*

1

4825-7371-4778.v1

## Certificate of Service

I hereby certify that a true copy of the foregoing has been transmitted this 17th day of January, 2018 via regular U.S. mail to the following:

| | |
|---|---|
| Donald W. Davis Jr.<br>Adam D. Fuller<br>Elizabeth Shively Boatwright<br>Brennan, Manna & Diamond, LLC<br>75 East Market Street<br>Akron, OH 44308 | Teva Pharmaceuticals USA, Inc.<br>c/o Corporate Creations Network Inc.<br>119 East Court Street<br>Cincinnati, OH 45202 |

and

| | |
|---|---|
| Linda Singer<br>Motley Rice, LLC<br>401 9th Street NW, Ste. 1001<br>Washington, DC 20004 | Cephalon, Inc.<br>1090 Horsham Rd.<br>North Wales, PA 19454 |

and

| | |
|---|---|
| Lisa Saltzburg<br>Motley Rice, LLC<br>25 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>*Attorneys for Plaintiffs* | Johnson & Johnson<br>c/o Terri Johnson<br>10219 Salineville Rd. NE<br>Salineville, OH 43945 |

| | |
|---|---|
| Purdue Pharma L.P.<br>One Stamford Forum<br>201 Tresser Blvd.<br>Stamford, CT 06901 | Janssen Pharmaceuticals, Inc.<br>c/o CT Corporation System<br>4400 East Commons, Ste. 125<br>Columbus, OH 43219 |

| | |
|---|---|
| Purdue Pharma Inc.<br>One Stamford Forum<br>201 Tresser Blvd.<br>Stamford, CT 06901 | Ortho-McNeil-Janssen Pharmaceuticals, Inc.<br>n/k/a Janssen Pharmaceuticals, Inc.<br>c/o CT Corporation System<br>4400 Easton Commons, Ste. 125<br>Columbus, OH 43219 |

| | |
|---|---|
| The Purdue Frederick Company, Inc.<br>One Stamford Forum<br>201 Tresser Blvd.<br>Stamford, CT 06901 | Janssen Pharmaceutica, Inc.<br>n/k/a Janssen Pharmaceuticals, Inc.<br>c/o CT Corporation System<br>4400 Easton Commons, Ste. 125<br>Columbus, OH 43219 |

4825-7371-4778.v1

***Sandra Kurt, Summit County Clerk of Courts***

Endo Health Solutions Inc.
1400 Atwater Drive
Malvern, PA 19355

Endo Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd., Ste. 100
Chandler, AZ 85286

Cardinal Health, Inc.
c/o CT Corporation System
4400 East Commons, Ste. 124
Columbus, OH 43219

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 South High Street, Ste. 2200
Columbus, OH 43215
*Attorneys for Defendant McKesson
Corporation*

/s/: Andrew N. Schock
Mark W. Bernlohr (0038640)
    Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:   mwbernlohr@jacksonkelly.com
         skzerrusen@jacksonkelly.com
         aaron.mcqueen@jacksonkelly.com
         anschock@jacksonkelly.com
*Attorneys for Defendant
AmerisourceBergen Drug Corporation*

3

4825-7371-4778.v1

## IN THE COURT OF COMMON PLEAS
## SUMMIT COUNTY, OHIO

| | | |
|---|---|---|
| THE COUNTY OF SUMMIT, OHIO, et. al, | ) ) ) | CASE NO. CV-2017-12-5235 |
| Plaintiffs, | ) ) | JUDGE JOY M. OLDFIELD |
| vs. | ) ) | |
| PURDUE PHARMA L.P., et al., | ) ) | **NOTICE OF ENTRY OF APPEARANCE** |
| Defendants. | ) | |

Notice is hereby given to the Court and parties of record of the entry of appearance of

Andrew N. Schock, Esq., of the law firm of Jackson Kelly PLLC, as counsel for Defendant,

AmerisourceBergen Drug Corporation.

Respectfully submitted,

/s/: Andrew N. Schock
Mark W. Bernlohr (0038640)
   Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:  mwbernlohr@jacksonkelly.com
      skzerrusen@jacksonkelly.com
      aaron.mcqueen@jacksonkelly.com
      anschock@jacksonkelly.com
*Attorneys for Defendant*
*AmerisourceBergen Drug Corporation*

4825-7371-4778.v1

## Certificate of Service

I hereby certify that a true copy of the foregoing has been transmitted this 17th day of January, 2018 via regular U.S. mail to the following:

| | |
|---|---|
| Donald W. Davis Jr. | Teva Pharmaceuticals USA, Inc. |
| Adam D. Fuller | c/o Corporate Creations Network Inc. |
| Elizabeth Shively Boatwright | 119 East Court Street |
| Brennan, Manna & Diamond, LLC | Cincinnati, OH 45202 |
| 75 East Market Street | |
| Akron, OH 44308 | |

and

| | |
|---|---|
| Linda Singer | Cephalon, Inc. |
| Motley Rice, LLC | 1090 Horsham Rd. |
| 401 9th Street NW, Ste. 1001 | North Wales, PA 19454 |
| Washington, DC 20004 | |

and

| | |
|---|---|
| Lisa Saltzburg | Johnson & Johnson |
| Motley Rice, LLC | c/o Terri Johnson |
| 25 Bridgeside Blvd. | 10219 Salineville Rd. NE |
| Mount Pleasant, SC 29464 | Salineville, OH 43945 |
| *Attorneys for Plaintiffs* | |

| | |
|---|---|
| Purdue Pharma L.P. | Janssen Pharmaceuticals, Inc. |
| One Stamford Forum | c/o CT Corporation System |
| 201 Tresser Blvd. | 4400 East Commons, Ste. 125 |
| Stamford, CT 06901 | Columbus, OH 43219 |

| | |
|---|---|
| Purdue Pharma Inc. | Ortho-McNeil-Janssen Pharmaceuticals, Inc. |
| One Stamford Forum | n/k/a Janssen Pharmaceuticals, Inc. |
| 201 Tresser Blvd. | c/o CT Corporation System |
| Stamford, CT 06901 | 4400 Easton Commons, Ste. 125 |
| | Columbus, OH 43219 |

| | |
|---|---|
| The Purdue Frederick Company, Inc. | Janssen Pharmaceutica, Inc. |
| One Stamford Forum | n/k/a Janssen Pharmaceuticals, Inc. |
| 201 Tresser Blvd. | c/o CT Corporation System |
| Stamford, CT 06901 | 4400 Easton Commons, Ste. 125 |
| | Columbus, OH 43219 |

2

**Sandra Kurt, Summit County Clerk of Courts**

Endo Health Solutions Inc.
1400 Atwater Drive
Malvern, PA 19355

Endo Pharmaceuticals, Inc.
c/o CT Corporation System
4400 Easton Commons, Ste. 125
Columbus, OH 43219

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd., Ste. 100
Chandler, AZ 85286

Cardinal Health, Inc.
c/o CT Corporation System
4400 East Commons, Ste. 124
Columbus, OH 43219

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 South High Street, Ste. 2200
Columbus, OH 43215
*Attorneys for Defendant McKesson
Corporation*

/s/: Andrew N. Schock
Mark W. Bernlohr (0038640)
        Trial Attorney
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, OH 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
Email:   mwbernlohr@jacksonkelly.com
         skzerrusen@jacksonkelly.com
         aaron.mcqueen@jacksonkelly.com
         anschock@jacksonkelly.com
*Attorneys for Defendant
AmerisourceBergen Drug Corporation*

4825-7371-4778.v1

**Sandra Kurt, Summit County Clerk of Courts**

Case: 3:18-cv-00170  Doc #: 1-4  Filed: 01/22/18  83 of 85.  PageID #: 271

**IN THE COURT OF COMMON PLEAS**
**SUMMIT COUNTY, OHIO**

| | | |
|---|---|---|
| THE COUNTY OF SUMMIT, OHIO, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | CASE NO. CV-2017-12-5235 |
| | : | |
| vs. | : | JUDGE OLDFIELD |
| | : | |
| PURDUE PHARMA L P., *et al,* | : | **ORDER** |
| | : | |
| Defendants. | : | |

This matter comes before the Court upon the consent motion of Defendants McKesson Corporation, Cardinal Health Inc., and AmerisourceBergen Drug Corporation ("Distributor Defendants") for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint.   For good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Distributor Defendants shall have until and including Wednesday, March 7, 2018, to serve their responsive motions or pleadings.

**IT IS SO ORDERED.**

_____
JUDGE JOY MALEK OLDFIELD


CC:   ATTORNEY DONALD DAVIS
      ATTORNEY VINCENT HOLZHALL
      ATTORNEY JOSEPH F. MURRAY
      ATTORNEY SANDRA K. ZERRUSEN

*Sandra Kurt, Summit County Clerk of Courts*

Approved:

*/s/ Vincent I. Holzhall*
Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio  43215
 (614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

*/s/ Joseph F. Murray* (per email authority of 1/12/2018)
Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*

*/s/ Sandra K. Zerrusen* (per email authority of 1/12/2018)
Sandra K. Zerrusen (0070883)
Mark W. Bernlohr (0038640)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
**JACKSON KELLY PLLC**
50 South Main Street, Suite 201
Akron, Ohio 44308
(330) 252-9060 phone; (330) 252-9078 fax
skzerrusen@jacksonkelly.com
mwbernlohr@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for AmerisourceBergen Drug Corporation*

*/s/ Donald W. Davis, Jr.* (per email authority of 1/12/2018)
Donald W. Davis, Jr.
(0030559)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, OH 44308
(330) 253-5060 phone; (330) 253-1977 fax
dwdavis@bmdllc.com
*Counsel for Plaintiffs*

Case: 3:18-cv-00170

*Sandra Kurt, Summit County Clerk of Courts*